IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  :

    v.  :  Criminal No. DKC 13-293

TERRIN TAMAL ANDERSON  :

**MEMORANDUM and ORDER**

Mr. Richard Jones has presented to the court a "motion" that he seeks to file in a criminal case to which he is not a party. In essence, he seeks to intervene in a criminal case of another in order to make a request on his own behalf for action against the defendant who is currently on supervised release.

There is no general right for a member of the public to intervene in a criminal case, *See United States v. Jacob Collins*, No. 09-CR-155, 2013 WL 4780927 (E.D.Wisc. Sept. 5, 2013). Mr. Jones certified that he sent copies of his motion to the U.S. Attorney and the Probation Office, as well as the defendant, thereby alerting those offices and the defendant of his concerns.

Accordingly, it is this 28th day of September, 2023, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The Clerk is directed to not accept the "motion" for filing, but docket this Memorandum and Order with the "motion" as an attachment under seal; and

2. The Clerk will transmit a copy of this Memorandum and Order to counsel of record, to supervising probation officer Snyder, and to Richard Jones.

                                        /s/
                            DEBORAH K. CHASANOW
                            United States District Judge